JACOB W. LOEB, Appellant, v. WILLIAM FOX, Respondent.— Order modified by disallowing the items 1-b, c and d; by striking out all after the words " copies thereof " in item 1-f and 2-c; by striking out the words " contrived to cheat the plaintiff and " from items 3-a and 4-a; by striking out items 3-d and f, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GUS SIMONE, Also Known as COSIMO SIMONE, Respondent, v. ELLA SIMONE, Appellant.— Orders affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JEWEL SMESSERT, Appellant, v. WARNER BROS. PICTURES, INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin J., dissents.

BEATRICE SCHRIER, by Her Guardian ad Litem, FANNIE SCHRIER, Respondent, v. LOUIS SILVERMAN and JOSEPH SILVERMAN, Appellants, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CARLO MARROCCOLI, Respondent, v. K. ARAKELIAN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM B. WERNOW, Respondent, v. WILLIAM L. ROVNER, as President of COLUMBUS CIRCLE TAXI GROUP, a Voluntary Corporation, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GERTRUDE MANNING, Respondent, v. CARMELO PELLEGRINO, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES J. COHEN and Others, Appellants, Respondents, v. MICHAEL SHERIFF, Respondent, Appellant.— Order so far as appealed from modified by striking therefrom items 13, 19 and 21 and by inserting a provision permitting the introduction in evidence of plaintiff's books and papers, and as so modified affirmed, without costs. (See Zeltner v. Fidelity & Deposit Company of Maryland, 220 App. Div. 21.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCES HEENAN BROWNING, an Infant, by CAROLYN M. HEENAN, Her Guardian ad Litem, Respondent, v. EDWARD W. BROWNING, Appellant.— Order modified by reducing the amount of counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.